Bruce Levinson, Esq. (BL-0749)
Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, New York, 10017-2803
Telephone: (212) 750-9898
Facsimile: (212) 750-2536
b.levinson@verizon.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GIUMARRA INTERNATIONAL MARKETING, INC., a California corporation**,<br><br>    **Plaintiff,**<br><br> **vs.**<br><br>**ANA DISTRIBUTION, INC., a New York corporation, SUNG (SAM) G. KIM, MYONG K. KIM and OK T. KIM, individually,**<br><br>    **Defendants.** | **CASE NO.:**<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

COMES NOW, Plaintiff, Giumarra International Marketing, Inc., a private, non-governmental party, by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Page 1

Respectfully submitted this _31st_ day of May, 2007.

**LAW OFFICES OF BRUCE LEVINSON**

OF COUNSEL:

**MEUERS LAW FIRM, P.L.**

By:   /s/ Bruce Levinson

Steven E. Nurenberg, Esq.

Bruce Levinson, Esq., Esq. (BL-0749)

Florida Bar No. 0808431

747 Third Avenue, 4th Floor

Steven M. De Falco, Esq.

New York, New York 10017-2803

Florida Bar No. 0733571

Telephone:  (212) 750-9898

5395 Park Central Court

Facsimile: (212) 750-2536

Naples, Florida   34109

b.levinson@verizon.net

Telephone: (239) 513-9191

Facsimile:  (239) 513-9677

**Attorneys for Plaintiff**

snurenberg@meuerslawfirm.com

sdefalco@meuerslawfirm.com