Form 07 - CORPORATION
### BRUCE LEVINSON ESQ.
### ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK    COUNTY

--------------------------------------------------

GIUMARRA INTERNATIONAL MARKETING,    plaintiff
INC.
         - against -

ANA DISTRIBUTION, INC. A NEW YORK    defendant
CORPORATION ET AL

Index No. **07 CIV 4665**

Date Filed    ............

Office No.

Court Date:    / /

--------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**LUIS AGOSTINI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12th** day of **June, 2007  at 02:31 PM.,**    at
    **735 DRAKE ST**
    **BRONX NY**

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **CIVIL COVER SHEET**
    **JUDGES RULES**

upon **ANA DISTRIBUTION, INC. A NEW YORK CORPORATION**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
    **SUNG G. KIM,  MANAGING AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **MALE**    COLOR: **ASIAN**    HAIR: **BLACK**
    APP. AGE: **48**    APP. HT: **5:7**    APP. WT: **200**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
14th    day of    June,    2007ni
KENNETH WISSNER
Notary Public, State of New York
    No.01WI4744130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

..................................
LUIS AGOSTINI  1027732
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL141633