Form 05 - SUITABLE WITH MAILING

**BRUCE LEVINSON ESQ.**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK  COUNTY

---

| | |
|---|---|
| GIUMARRA INTERNATIONAL MARKETING, INC.   plaintiff | Index No. **07 CIV 4665** |
| - against - | Date Filed ............ |
| | Office No. |
| ANA DISTRIBUTION, INC. A NEW YORK CORPORATION ET AL   defendant | Court Date:  / / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
**LUIS AGOSTINI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the **12th** day of **June, 2007   02:31 PM**           at
   **%ANA DISTRIBUTION INC. 735 DRAKE ST**
   **BRONX, NY 10474**
I served the   **SUMMONS AND COMPLAINT**
            **CIVIL COVER SHEET**
            **JUDGES RULES**
upon **OK T. KIM**
**the DEFENDANT**   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **SUNG G. KIM,   CO-WORKER**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **ASIAN**    HAIR: **BLACK**     AGE: **48**   HEIGHT: **5:7**    WEIGHT: **200**
OTHER IDENTIFYING FEATURES:

On **06/14/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.

That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
14th  day of  June,       2007ni
KENNETH WISSNER
Notary Public, State of New York
   No.01WI4712130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

LUIS AGOSTINI  1027732
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL141635