Form 04 - PERSONAL

**BRUCE LEVINSON ESQ.**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

---

| | |
|---|---|
| GIUMARRA INTERNATIONAL MARKETING, INC.   plaintiff | Index No. **07 CIV 4665** |
| - against - | Date Filed .............. |
| ANA DISTRIBUTION, INC. A NEW YORK   defendant CORPORATION ET AL | Office No. |
| | Court Date:  / / |

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**LUIS AGOSTINI**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12th** day of **June, 2007  02:31 PM**    at
%ANA DISTRIBUTION INC. 735 DRAKE ST
BRONX, NY

I served the   **SUMMONS AND COMPLAINT**
              **CIVIL COVER SHEET**
              **JUDGES RULES**

upon **SUNG (SAM) G. KIM**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
**SUNG (SAM) G. KIM**
said **DEFENDANT** personally.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

| SEX: **MALE** | COLOR: **ASIAN** | HAIR: **BLACK** |
| APP. AGE: **48** | APP. HT: **5:7** | APP. WT: **200** |

OTHER IDENTIFYING FEATURES:

Sworn to before me this
14th  day of  June,  2007ni
KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

LUIS AGOSTINI  1027732
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY  10007
Reference No: 3BL141636