SK3_Rule_7_1_Statement_Defts_Ana_Kim..doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GIUMARRA INTERNATIONAL MARKETING, INC.,

                      Plaintiff,

-against-

ANA DISTRIBUTION, INC., a New York
Corporation, SUN (SAM) G. KIM,
MYONG K. KIM and OK T. KIM, individually,

                      Defendants.
-----------------------------------------------------------x

ECF CASE

07 CV 4665 (PAC)

DEFENDANTS' RULE
7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants **Ana Distribution, Inc.** and **Sung Gon Kim** [sued herein as "**Sung (Sam) G. Kim**"] (individuals) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:  NONE.

Dated:   New York, New York
           June 20, 2007

                                        */s/ Carl E. Person*
                                 Carl E. Person   (CP  7637)
                                 **Attorney for the Defendants**
                                 Ana Distribution, Inc. and Sung Gon Kim
                                   [sued herein as "Sung (Sam) G. Kim"]
                                 325 W. 45th Street - Suite 201
                                 New York, New York 10036-3803
                                 (212) 307-4444