SK2_Notice_Appearance_Defts_Ana_Kim.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GIUMARRA INTERNATIONAL MARKETING, INC., :
                                  Plaintiff, :
                 -against- :

ANA DISTRIBUTION, INC., a New York :
Corporation, SUN (SAM) G. KIM,
MYONG K. KIM and OK T. KIM, individually, :

                                Defendants. :
-----------------------------------------------------------------x

ECF CASE

07 CV 4665 (PAC)

**NOTICE OF APPEARANCE**

        Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of two of the Defendants, **Ana Distribution, Inc.** and **Sung Gon Kim** [sued herein as "Sung (Sam) G. Kim"].

Dated:   New York, New York
            June 20, 2007

_____
Carl E. Person   (CP 7637)
Attorney for Defendants,
 Ana Distribution, Inc. and Sung Gon Kim
   (sued herein as "Sung (Sam) G. Kim"),
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444