*Law Offices of*
*Bruce Levinson, Esq.*
747 Third Avenue, New York, New York 10017-2803
Tel. (212) 750-9898   Fax. (212) 750-2536
E-mail: b.levinson@verizon.net

Bruce Levinson

Gregory Brown
*Also admitted in NJ*

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: JUL 19 2007

July 16, 2007

VIA FACSIMILE
(212) 805-6304

Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement:]* July 19, 2007 — Judge Chin has agreed to accept this case. The Clerk is directed to assign this matter to him. So ordered. Paul Crotty, USDJ.

Re:  **Giumarra International Marketing Inc. v. Ana Distribution, Inc. et al.; 07 Civ. 4665**

Honorable Sir:

On consent of all parties, it has been agreed that the above-captioned matter be transferred to Judge Denny Chin and consolidated with two materially identical cases already pending before him arising out of the Perishable Agricultural Commodities Act. It is my understanding that Judge Chin will accept the case.

Thank you for your attention to this matter.

Respectfully yours,

Bruce Levinson

BL/sp

cc.:  Carl E. Person, Esq. (via fax-212-307-0247)
     Steve Nurenberg, Esq. (via fax-239-513-9677)

**MEMO ENDORSED**