Bruce Levinson, Esq. (BL-0749)
Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, New York, 10017-2803
Telephone: (212) 750-9898
Facsimile: (212) 750-2536
b.levinson@verizon.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07
```

Attorneys for Plaintiff, Giumarra International Marketing, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>ANA DISTRIBUTION, INC., a New York corporation, and SUNG (SAM) G. KIM, individually,<br><br>      Defendants. | CASE NO.: 1:07-cv-01887-DC<br><br>JUDGE CHIN |
| GIUMARRA INTERNATIONAL MARKETING, INC., a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>ANA DISTRIBUTION, INC., a New York corporation, SUNG (SAM) G. KIM, MYONG K. KIM and OK T. KIM, individually,<br><br>      Defendants. | CASE NO.: 1:07-cv-04665-DC<br><br>PROPOSED CONSOLIDATED with CASE NO.: 1:07-cv-01887-DC |

| | |
|---|---|
| **PACIFIC FRUIT, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ANA DISTRIBUTION, INC.,** a New York corporation, and **SUNG (SAM) G. KIM,** individually,<br><br>Defendants. | CASE NO.: 1:07-cv-02555-DC<br><br>PROPOSED CONSOLIDATED WITH<br>CASE NO.: 1:07-CV-01887-DC |

## [~~PROPOSED~~] ORDER OF CONSOLIDATION

THIS MATTER having come before the Court by the consent of counsel on behalf of Del Monte Fresh Produce N.A., Inc., Giumarra International Marketing, Inc., and Pacific Fruit, Inc., the Court finding that there are common issues of law and fact, and the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that Giumarra International Marketing, Inc. v. ANA Distribution, Inc., et al., case number 1:07-cv-04665-DC, and Pacific Fruit, Inc. v. ANA Distribution, Inc., et al., case number 1:07-cv-02555-DC shall be and hereby are consolidated for all purposes with Del Monte Fresh Produce N.A., Inc. v. ANA Distribution, Inc., et al., case number 1:07-cv-01887-DC.

IT IS FURTHER ORDERED that all further pleadings shall be filed under the consolidate case number 1:07-cv-01887-DC, only.

IT IS SO ORDERED this 23d day of August, 2007.

HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE