# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

⑂ MAKE CHECK PAYABLE TO ⑂

**SHIP TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**INVOICE TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/12/05 | 02/22/05 | A56278 | | 030560 PA |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAMAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
1 1/2 percent interest charged per month on over due accounts
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The perishable agricultural commodities listed on this invoice
are sold subject to the statutory trust authorized by section
5C of the perishable agricultural commodities act, 1930
(7 U.S.C 499(E(C)). The seller of these commodities retains a
trust claim on these commodities, all inventories of food or
other products derived from these commodities, and any
receivable or proceeds from the sale of these commodities
until full payment is received. Palletization and cooling
charges included in this invoice are an integral part of this
sale and are therefore covered by the above provisions. In the
event any action or proceeding is commenced to enforce the terms
of this transaction, buyer agrees to pay all costs of enforcement,
including attorneys' fees and costs, as additional sums owed in
connection with this transaction.

                  Payment Terms: Net 21 Days
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 120 | 16.0 | CTN 2LAY FK PC FRIAR PLUMS | 10.00 | 1,200.00 |
| 720 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 12.00 | 8,640.00 |
| 960 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 11.00 | 10,560.00 |
| 672 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 5.00 | 3,360.00 |
| 2,472 | | INVOICE TOTALS | | 23,760.00 |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE    **SALES COPY**    PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**↓ MAKE CHECK PAYABLE TO ↓**

| SHIP TO / INVOICE TO |
|---|

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
|  |  | 02/18/05 | 02/22/05 | A56248 |  | AE59602 PA |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| ELAMAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| ********* | ****** | *************************************** | ********* | ********* |
|  |  | 1 1/2 percent interest charged per month on over due accounts | | * |
|  |  | ****************************************************************** | | * |
|  |  | The perishable agricultural commodities listed on this invoice | | * |
|  |  | are sold subject to the statutory trust authorized by section | | * |
|  |  | 5C of the perishable agricultural commodities act, 1930 | | * |
|  |  | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | * |
|  |  | trust claim on these commodities, all inventories of food or | | * |
|  |  | other products derived from these commodities, and any | | * |
|  |  | receivable or proceeds from the sale of these commodities | | * |
|  |  | until full payment is received.  Palletization and cooling | | * |
|  |  | charges included in this invoice are an integral part of this | | * |
|  |  | sale and are therefore covered by the above provisions.  In the | | * |
|  |  | event any action or proceeding is commenced to enforce the terms | | * |
|  |  | of this transaction, buyer agrees to pay all costs of enforcement, | | * |
|  |  | including attorneys' fees and costs, as additional sums owed in | | * |
|  |  | connection with this transaction. | | * |
|  |  | | | * |
|  |  | Payment Terms: Net 21 Days | | * |
|  |  | ****************************************************************** | | * |
| 1,440 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 10.00 | 14,400.00 |
| 960 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 10.00 | 9,600.00 |
| 2,400 | | INVOICE TOTALS | | 24,000.00 |
|  | | ******** CORRECTED INVOICE ******** | | |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE       **SALES COPY**       PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD CA 93303
MAIN OFFICE (661) 395-7022
PRODUCE SALES OFFICE (661) 395-7100

**§ MAKE CHECK PAYABLE TO §**

**S H I P  T O**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**I N V O I C E  T O**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/22/05 | 03/02/05 | A56459 | | AG334G NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | ASAP | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * The perishable agricultural commodities listed on this invoice * | | |
| | | * are sold subject to the statutory trust authorized by section * | | |
| | | * 5C of the perishable agricultural commodities act, 1930 * | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a * | | |
| | | * trust claim on these commodities, all inventories of food or * | | |
| | | * other products derived from these commodities, and any * | | |
| | | * receivable or proceeds from the sale of these commodities * | | |
| | | * until full payment is received. Palletization and cooling * | | |
| | | * charges included in this invoice are an integral part of this * | | |
| | | * sale and are therefore covered by the above provisions. In the * | | |
| | | * event any action or proceeding is commenced to enforce the terms * | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, * | | |
| | | * including attorneys' fees and costs, as additional sums owed in * | | |
| | | * connection with this transaction. * | | |
| | | *    Terms: NET 10 Days From Invoice * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| 420 | 18.0 | CTN SLDR CK FLAME SDLS GRAPES | 6.000 | 2,520.00 |
| 1,308 | 18.0 | CTN STDR CK FLAME SDLS GRAPES | 6.000 | 7,848.00 |
| 492 | 18.0 | CTN STDR CK FLAME SDLS GRAPES | 6.000 | 2,952.00 |
| 2,220 | | INVOICE TOTALS | | 13,320.00 |

* * * * * * * * * * * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * * * * * * * * * * *

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE        **SALES COPY**        PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7100
PRODUCE SALES OFFICE (661) 395-7100

▮ MAKE CHECK PAYABLE TO ▮

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/22/05 | 03/23/05 | A56458 | | AJ6240 NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| AR | VENEY | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | 1 1/2 percent interest charged per month on over due accounts | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | The perishable agricultural commodities listed on this invoice | | |
| | | are sold subject to the statutory trust authorized by section | | |
| | | 5C of the perishable agricultural commodities act, 1930 | | |
| | | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | |
| | | trust claim on these commodities, all inventories of food or | | |
| | | other products derived from these commodities, and any | | |
| | | receivable or proceeds from the sale of these commodities | | |
| | | until full payment is received. Palletization and cooling | | |
| | | charges included in this invoice are an integral part of this | | |
| | | sale and are therefore covered by the above provisions. In the | | |
| | | event any action or proceeding is commenced to enforce the terms | | |
| | | of this transaction, buyer agrees to pay all costs of enforcement, | | |
| | | including attorneys' fees and costs, as additional sums owed in | | |
| | | connection with this transaction. | | |
| | | Terms: NET 10 Days From Invoice | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| 1,572 | 18.0 | CTN SLDR CK FLAME SDLS GRAPES | 6.000 | 9,432.00 |
| 504 | 18.0 | CTN STDR CK FLAME SDLS GRAPES | 6.000 | 3,024.00 |
| 2,076 | | INVOICE TOTALS | | 12,456.00 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**⬇ MAKE CHECK PAYABLE TO ⬇**

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/24/05 | 03/02/05 | A56495 | | |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | | TERMS | BROKER |
|---|---|---|---|---|---|
| LAMAR | JARM | | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | \* |
| | | 1 1/2 percent interest charged per month on over due accounts | | \* |
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | \* |
| | | The perishable agricultural commodities listed on this invoice | | \* |
| | | are sold subject to the statutory trust authorized by section | | \* |
| | | 5C of the perishable agricultural commodities act, 1930 | | \* |
| | | (7 U.S.C 499(E)(C)). The seller of these commodities retains a | | \* |
| | | trust claim on these commodities, all inventories of food or | | \* |
| | | other products derived from these commodities, and any | | \* |
| | | receivable or proceeds from the sale of these commodities | | \* |
| | | until full payment is received.  Palletization and cooling | | \* |
| | | charges included in this invoice are an integral part of this | | \* |
| | | sale and are therefore covered by the above provisions.  In the | | \* |
| | | event any action or proceeding is commenced to enforce the terms | | \* |
| | | of this transaction, buyer agrees to pay all costs of enforcement, | | \* |
| | | including attorneys' fees and costs, as additional sums owed in | | \* |
| | | connection with this transaction. | | \* |
| | | | | \* |
| | | Payment Terms: Net 21 Days | | \* |
| | | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | \* |
| 96 | 18.0 | CTN ZIPB CP THOMPSON SDL GRAPES | 2.00 | 192.00 |
| 192 | 18.0 | CTN ZIPB CP THOMPSON SDL GRAPES | 2.00 | 384.00 |
| 192 | 18.0 | CTN ZIPB CP THOMPSON SDL GRAPES | 2.00 | 384.00 |
| 1,632 | 18.0 | CTN STDR SAND RED GLOBE GRAPES | 3.00 | 4,896.00 |
| 2,112 | | INVOICE TOTALS | | 5,856.00 |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE          **SALES COPY**          PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

↓ MAKE CHECK PAYABLE TO ↓

**SHIP TO**
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**INVOICE TO**
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/24/05 | 03/02/05 | A56496 | | T94N2C NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | | TERMS | BROKER |
|---|---|---|---|---|---|
| LAMAR | K.J. | | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|

```
***************************************************************
  1 1/2 percent interest charged per month on over due accounts  *
The perishable agricultural commodities listed on this invoice  *
are sold subject to the statutory trust authorized by section   *
5C of the perishable agricultural commodities act, 1930         *
(7 U.S.C 499(E(C)). The seller of these commodities retains a   *
trust claim on these commodities, all inventories of food or    *
other products derived from these commodities, and any          *
receivable or proceeds from the sale of these commodities       *
until full payment is received. Palletization and cooling       *
charges included in this invoice are an integral part of this   *
sale and are therefore covered by the above provisions. In the  *
event any action or proceeding is commenced to enforce the terms *
of this transaction, buyer agrees to pay all costs of enforcement, *
including attorneys' fees and costs, as additional sums owed in  *
connection with this transaction.                               *
                                                                *
            Payment Terms: Net 21 Days                          *
***************************************************************
```

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 120 | 16.0 | CTN 2LAY RF LA RODA PLUMS | 5.00 | 600.00 |
| 120 | 16.0 | CTN 2LAY RF LA RODA PLUMS | 5.00 | 600.00 |
| 1,184 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 5.00 | 5,920.00 |
| 1,184 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 5.00 | 5,920.00 |
| 2,608 | | INVOICE TOTALS | | 13,040.00 |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE    **SALES COPY**    PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**❙ MAKE CHECK PAYABLE TO ❙**

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/24/05 | 03/04/05 | A56507 | | T45X2U NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | K.J. | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | * The perishable agricultural commodities listed on this invoice * | | |
| | | * are sold subject to the statutory trust authorized by section * | | |
| | | * 5C of the perishable agricultural commodities act, 1930 * | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a * | | |
| | | * trust claim on these commodities, all inventories of food or * | | |
| | | * other products derived from these commodities, and any * | | |
| | | * receivable or proceeds from the sale of these commodities * | | |
| | | * until full payment is received.  Palletization and cooling * | | |
| | | * charges included in this invoice are an integral part of this * | | |
| | | * sale and are therefore covered by the above provisions.  In the * | | |
| | | * event any action or proceeding is commenced to enforce the terms * | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, * | | |
| | | * including attorneys' fees and costs, as additional sums owed in * | | |
| | | * connection with this transaction. * | | |
| | | *    Terms: NET 10 Days From Invoice * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| 360 | 16.0 | CTN 2LAY FK PC FRIAR PLUMS | 2.000 | 720.00 |
| 240 | 16.0 | CTN 2LAY FK PC FRIAR PLUMS | 2.000 | 480.00 |
| 120 | 16.0 | CTN 2LAY RF PC LARRY ANN PLUMS | 5.000 | 600.00 |
| 96 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 3.000 | 288.00 |
| 72 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 3.000 | 216.00 |
| 192 | 18.0 | CTN ZIPB EA THOMPSON SDL GRAPES | 3.000 | 576.00 |
| 600 | 18.0 | CTN SLDR CK FLAME SDLS GRAPES | 6.000 | 3,600.00 |
| 312 | 18.0 | CTN STDR CK FLAME SDLS GRAPES | 6.000 | 1,872.00 |
| 1,992 | | INVOICE TOTALS | | 8,352.00 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE     **SALES COPY**     PAY THIS AMOUNT

# Giumarra

P.O. BIN 1869 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**⇩ MAKE CHECK PAYABLE TO ⇩**

```
SHIP TO
```
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

```
INVOICE TO
```
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| P TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/28/05 | 03/04/05 | A56568 | | |

| SHIP FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| LAMAR | VENEX | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | ************************************************* | | |
| | | 1 1/2 percent interest charged per month on over due accounts | | |
| | | ************************************************* | | |
| | | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities act, 1930 (7 U.S.C 499(E(C)). The seller of these commodities retains a trust claim on these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received. Palletization and cooling charges included in this invoice are an integral part of this sale and are therefore covered by the above provisions. In the event any action or proceeding is commenced to enforce the terms of this transaction, buyer agrees to pay all costs of enforcement, including attorneys' fees and costs, as additional sums owed in connection with this transaction. | | |
| | | Payment Terms: Net 21 Days | | |
| | | ************************************************* | | |
| 576 | 18.0 | CTN STDR SAND DAWN SEEDL GRAPES | 3.00 | 1,728.00 |
| 1,632 | 18.0 | CTN STDR SAND DAWN SEEDL GRAPES | 3.00 | 4,896.00 |
| 2,208 | | INVOICE TOTALS | | 6,624.00 |

| PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE | SALES COPY | PAY THIS AMOUNT |
|---|---|---|

# *Giumarra*

P. O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**↓ MAKE CHECK PAYABLE TO ↓**

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/28/05 | 03/04/05 | A56570 | | |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | | TERMS | BROKER | |
|---|---|---|---|---|---|---|
| LAMAR | VEBER | | | FOB | | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| \* \* \* \* \* \* \* \* \* | | | | |
| | | 1 1/2 percent interest charged per month on over due accounts | | |
| \* \* \* \* \* \* \* | | | | |
| | | The perishable agricultural commodities listed on this invoice | | \* |
| | | are sold subject to the statutory trust authorized by section | | \* |
| | | 5C of the perishable agricultural commodities act, 1930 | | \* |
| | | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | \* |
| | | trust claim on these commodities, all inventories of food or | | \* |
| | | other products derived from these commodities, and any | | \* |
| | | receivable or proceeds from the sale of these commodities | | \* |
| | | until full payment is received.  Palletization and cooling | | \* |
| | | charges included in this invoice are an integral part of this | | \* |
| | | sale and are therefore covered by the above provisions.  In the | | \* |
| | | event any action or proceeding is commenced to enforce the terms | | \* |
| | | of this transaction, buyer agrees to pay all costs of enforcement, | | \* |
| | | including attorneys' fees and costs, as additional sums owed in | | \* |
| | | connection with this transaction. | | \* |
| | | | | \* |
| | | Payment Terms: Net 21 Days | | |
| \* \* \* \* \* \* \* | \* \* \* \* \* \* \* \* \* | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | \* \* \* \* \* \* \* \* \* | \* \* \* \* \* \* \* \* \* |
| 192 | 18.0 | CTN STDR SAND RED GLOBE GRAPES | 3.00 | 576.00 |
| 184 | 18.0 | CTN STDR SAND RED GLOBE GRAPES | 3.00 | 552.00 |
| 384 | 18.0 | CTN STDR SAND DAWN SEEDL GRAPES | 3.00 | 1,152.00 |
| 864 | 18.0 | CTN STDR SAND DAWN SEEDL GRAPES | 3.00 | 2,592.00 |
| 96 | 18.0 | CTN STDR SAND DAWN SEEDL GRAPES | 3.00 | 288.00 |
| 96 | 18.0 | CTN STDR SAND LADY ROSE GRAPES | 6.00 | 576.00 |
| 288 | 18.0 | CTN STDR SAND LADY ROSE GRAPES | 6.00 | 1,728.00 |
| | | | | |
| 2,104 | | INVOICE TOTALS | | 7,464.00 |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE     **SALES COPY**     PAY THIS AMOUNT

# Giumarra

**☆ MAKE CHECK PAYABLE TO ☆**

**SHIP TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**INVOICE TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| P TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 02/28/05 | 03/08/05 | A56567 | | |

| PPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * The perishable agricultural commodities listed on this invoice * | | |
| | | * are sold subject to the statutory trust authorized by section * | | |
| | | * 5C of the perishable agricultural commodities act, 1930 * | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a * | | |
| | | * trust claim on these commodities, all inventories of food or * | | |
| | | * other products derived from these commodities, and any * | | |
| | | * receivable or proceeds from the sale of these commodities * | | |
| | | * until full payment is received. Palletization and cooling * | | |
| | | * charges included in this invoice are an integral part of this * | | |
| | | * sale and are therefore covered by the above provisions. In the * | | |
| | | * event any action or proceeding is commenced to enforce the terms * | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, * | | |
| | | * including attorneys' fees and costs, as additional sums owed in * | | |
| | | * connection with this transaction. * | | |
| | | * Terms: NET 10 Days From Invoice * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| 96 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 5.000 | 480.00 |
| 1,536 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 5.000 | 7,680.00 |
| 384 | 18.0 | CTN STDR SAND SUGRAONE GRAPES | 4.000 | 1,536.00 |
| 2,016 | | INVOICE TOTALS | | 9,696.00 |

* * * * * * * * * * * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * * * * * * * * * * *

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE        **SALES COPY**        PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE  (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**☷ MAKE CHECK PAYABLE TO ☷**

**SHIP TO**
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**INVOICE TO**
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/02/05 | 03/04/05 | A56573 | | AJ624D NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | TERMS | BROKER |
|---|---|---|---|
| DELAWAR | VENEY | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * | | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | * * * * * * * | | |
| | | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities act, 1930 (7 U.S.C 499(E(C)). The seller of these commodities retains a trust claim on these commodities, all inventories of food or products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.  Palletization and cooling charges included in this invoice are an integral part of this sale and are therefore covered by the above provisions.  In the event any action or proceeding is commenced to enforce the terms of this transaction, buyer agrees to pay all costs of enforcement, including attorneys' fees and costs, as additional sums owed in connection with this transaction. | | |
| | | Terms: NET 10 Days From Invoice | | |
| | | * * * * * * * | | |
| 192 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 3.000 | 576.00 |
| 1,056 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 3.000 | 3,168.00 |
| 480 | 18.0 | CTN SLDR CK FLAME SDLS GRAPES | 3.000 | 1,440.00 |
| 384 | 18.0 | CTN STDR CK FLAME SDLS GRAPES | 3.000 | 1,152.00 |
| 2,112 | | INVOICE TOTALS | | 6,336.00 |

* * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * *

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE     **SALES COPY**     PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**SHIP TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

**⊗ MAKE CHECK PAYABLE TO ⊗**

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**INVOICE TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/02/05 | 03/04/05 | A56576 | | AE59602 PA |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | * The perishable agricultural commodities listed on this invoice * | | |
| | | * are sold subject to the statutory trust authorized by section * | | |
| | | * 5C of the perishable agricultural commodities act, 1930 * | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a * | | |
| | | * trust claim on these commodities, all inventories of food or * | | |
| | | * other products derived from these commodities, and any * | | |
| | | * receivable or proceeds from the sale of these commodities * | | |
| | | * until full payment is received.  Palletization and cooling * | | |
| | | * charges included in this invoice are an integral part of this * | | |
| | | * sale and are therefore covered by the above provisions.  In the * | | |
| | | * event any action or proceeding is commenced to enforce the terms * | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, * | | |
| | | * including attorneys' fees and costs, as additional sums owed in * | | |
| | | * connection with this transaction. * | | |
| | | *   Terms: NET 10 Days From Invoice * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| 354 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 3.000 | 1,062.00 |
| 1,728 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 3.000 | 5,184.00 |
| 2,082 | | INVOICE TOTALS | | 6,246.00 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*  C O P Y   O F   O R I G I N A L  *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE    **SALES COPY**    PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**§ MAKE CHECK PAYABLE TO §**

SHIP TO

```
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474
```

```
GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303
```

INVOICE TO

```
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474
```

| IP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/02/05 | 03/09/05 | A56572 | | AH800T NJ |

| IPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | VENEY | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  1 1/2 percent interest charged per month on over due accounts          *
*  The perishable agricultural commodities listed on this invoice         *
*  are sold subject to the statutory trust authorized by section          *
*  5C of the perishable agricultural commodities act, 1930                *
*  (7 U.S.C 499(E(C)). The seller of these commodities retains a          *
*  trust claim on these commodities, all inventories of food or           *
*  other products derived from these commodities, and any                 *
*  receivable or proceeds from the sale of these commodities              *
*  until full payment is received.  Palletization and cooling            *
*  charges included in this invoice are an integral part of this         *
*  sale and are therefore covered by the above provisions.  In the       *
*  event any action or proceeding is commenced to enforce the terms      *
*  of this transaction, buyer agrees to pay all costs of enforcement,    *
*  including attorneys' fees and costs, as additional sums owed in       *
*  connection with this transaction.                                      *
*     Terms: NET 10 Days From Invoice                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 192 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 4.000 | 768.00 |
| 480 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 4.000 | 1,920.00 |
| 96 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 4.000 | 384.00 |
| 384 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 4.000 | 1,536.00 |
| 288 | 18.0 | CTN ZIPB EA THOMPSON SDL GRAPES | 4.000 | 1,152.00 |
| 672 | 18.0 | CTN STDR CK FLAME SDLS GRAPES | 3.000 | 2,016.00 |
| 2,112 | | INVOICE TOTALS | | 7,776.00 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
*  C O P Y   O F   O R I G I N A L  *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE    **SALES COPY**    PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 - BAKERSFIELD CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**❚ MAKE CHECK PAYABLE TO ❚**

SHIP TO

```
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474
```

```
GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303
```

INVOICE TO

```
ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474
```

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/03/05 | 03/07/05 | A56621 | | |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | KJ | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | ****************************************** | | |
| | | 1 1/2 percent interest charged per month on over due accounts | | |
| | | ****************************************** | | |
| | | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities act, 1930 (7 U.S.C 499(E(C)). The seller of these commodities retains a trust claim on these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.  Palletization and cooling charges included in this invoice are an integral part of this sale and are therefore covered by the above provisions.  In the event any action or proceeding is commenced to enforce the terms of this transaction, buyer agrees to pay all costs of enforcement, including attorneys' fees and costs, as additional sums owed in connection with this transaction. | | |
| | | Terms: NET 10 Days From Invoice | | |
| | | ****************************************** | | |
| 2,112 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 2.000 | 4,224.00 |
| 2,112 | | INVOICE TOTALS | | 4,224.00 |

```
**********************************
* C O P Y   O F   O R I G I N A L *
**********************************
```

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE        **SALES COPY**        PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**SHIP TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

**⊗ MAKE CHECK PAYABLE TO ⊗**

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

**INVOICE TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/03/05 | 03/09/05 | A56569 | | T52V4Z NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * 1 1/2 percent interest charged per month on over due accounts | | |
| | | * The perishable agricultural commodities listed on this invoice | | |
| | | * are sold subject to the statutory trust authorized by section | | |
| | | * 5C of the perishable agricultural commodities act, 1930 | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a | | |
| | | * trust claim on these commodities, all inventories of food or | | |
| | | * other products derived from these commodities, and any | | |
| | | * receivable or proceeds from the sale of these commodities | | |
| | | * until full payment is received.  Palletization and cooling | | |
| | | * charges included in this invoice are an integral part of this | | |
| | | * sale and are therefore covered by the above provisions.  In the | | |
| | | * event any action or proceeding is commenced to enforce the terms | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, | | |
| | | * including attorneys' fees and costs, as additional sums owed in | | |
| | | * connection with this transaction. | | |
| | | *   Terms: NET 10 Days From Invoice | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| 384 | 18.0 | CTN WRAP CK FLAME SDLS GRAPES | 5.000 | 1,920.00 |
| 96 | 18.0 | CTN ZIPB TA FLAME SDLS GRAPES | 4.000 | 384.00 |
| 864 | 18.0 | CTN ZIPB VK FLAME SDLS GRAPES | 4.000 | 3,456.00 |
| 384 | 18.0 | CTN ZIPB VK FLAME SDLS GRAPES | 4.000 | 1,536.00 |
| 192 | 18.0 | CTN ZIPB VK FLAME SDLS GRAPES | 4.000 | 768.00 |
| 1,920 | | INVOICE TOTALS | | 8,064.00 |

* * * * * * * * * * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE        **SALES COPY**        PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-6122
PRODUCE SALES OFFICE (661) 395-7100

**S** MAKE CHECK PAYABLE TO **S**

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/03/05 | 03/10/05 | A56606 | | 0305680 PA |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | ***********************************************| | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | ***********************************************| | |
| | | * The perishable agricultural commodities listed on this invoice * | | |
| | | * are sold subject to the statutory trust authorized by section * | | |
| | | * 5C of the perishable agricultural commodities act, 1930 * | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a * | | |
| | | * trust claim on these commodities, all inventories of food or * | | |
| | | * other products derived from these commodities, and any * | | |
| | | * receivable or proceeds from the sale of these commodities * | | |
| | | * until full payment is received.  Palletization and cooling * | | |
| | | * charges included in this invoice are an integral part of this * | | |
| | | * sale and are therefore covered by the above provisions.  In the * | | |
| | | * event any action or proceeding is commenced to enforce the terms * | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, * | | |
| | | * including attorneys' fees and costs, as additional sums owed in * | | |
| | | * connection with this transaction. * | | |
| | | *    Terms: NET 10 Days From Invoice * | | |
| | | ***********************************************| | |
| 96 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 4.000 | 384.00 |
| 576 | 18.0 | CTN STDR CK THOMPSON SDL GRAPES | 4.000 | 2,304.00 |
| 96 | 18.0 | CTN ZIPB EA THOMPSON SDL GRAPES | 4.000 | 384.00 |
| 192 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 20.000 | 3,840.00 |
| 128 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 20.000 | 2,560.00 |
| 192 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 18.000 | 3,456.00 |
| 320 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 11.000 | 3,520.00 |
| 1,600 | | INVOICE TOTALS | | 16,448.00 |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
  * C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE    **SALES COPY**    PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**⊗ MAKE CHECK PAYABLE TO ⊗**

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/07/05 | 03/09/05 | A56641 | | |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | ************************************************* | | |
| | | * 1 1/2 percent interest charged per month on over due accounts * | | |
| | | * The perishable agricultural commodities listed on this invoice * | | |
| | | * are sold subject to the statutory trust authorized by section * | | |
| | | * 5C of the perishable agricultural commodities act, 1930 * | | |
| | | * (7 U.S.C 499(E(C)). The seller of these commodities retains a * | | |
| | | * trust claim on these commodities, all inventories of food or * | | |
| | | * other products derived from these commodities, and any * | | |
| | | * receivable or proceeds from the sale of these commodities * | | |
| | | * until full payment is received. Palletization and cooling * | | |
| | | * charges included in this invoice are an integral part of this * | | |
| | | * sale and are therefore covered by the above provisions. In the * | | |
| | | * event any action or proceeding is commenced to enforce the terms * | | |
| | | * of this transaction, buyer agrees to pay all costs of enforcement, * | | |
| | | * including attorneys' fees and costs, as additional sums owed in * | | |
| | | * connection with this transaction. * | | |
| | | * Terms: NET 10 Days From Invoice * | | |
| | | ************************************************* | | |
| 2,016 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 2.000 | 4,032.00 |
| 2,016 | | INVOICE TOTALS | | 4,032.00 |
| | | ************************************************* | | |
| | | * C O P Y   O F   O R I G I N A L * | | |
| | | ************************************************* | | |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE          **SALES COPY**          PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

◊ **MAKE CHECK PAYABLE TO** ◊

| S H I P  T O | ANA DISTRIBUTION, INC.<br>735 DRAKE ST.<br>NEW YORK, NY USA 10474 | GIUMARRA INTERNATIONAL MKTNG<br>P.O. BOX 2407<br>BAKERSFIELD, CA 93303 |
|---|---|---|

| I N V O I C E  T O | ANA DISTRIBUTION, INC.<br>735 DRAKE ST.<br>NEW YORK, NY USA 10474 | |

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/15/05 | 03/16/05 | A56875 | | 0305680 PA |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * * * * * * * * * |
| | | 1 1/2 percent interest charged per month on over due accounts | | * |
| | | The perishable agricultural commodities listed on this invoice | | * |
| | | are sold subject to the statutory trust authorized by section | | * |
| | | 5C of the perishable agricultural commodities act, 1930 | | * |
| | | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | * |
| | | trust claim on these commodities, all inventories of food or | | * |
| | | other products derived from these commodities, and any | | * |
| | | receivable or proceeds from the sale of these commodities | | * |
| | | until full payment is received. Palletization and cooling | | * |
| | | charges included in this invoice are an integral part of this | | * |
| | | sale and are therefore covered by the above provisions. In the | | * |
| | | event any action or proceeding is commenced to enforce the terms | | * |
| | | of this transaction, buyer agrees to pay all costs of enforcement, | | * |
| | | including attorneys' fees and costs, as additional sums owed in | | * |
| | | connection with this transaction. | | * |
| | | Terms: NET 10 Days From Invoice | | * |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * * * * * * * * * |
| 2,016 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 2.000 | 4,032.00 |
| 2,016 | | INVOICE TOTALS | | 4,032.00 |
| | | * * * * * * * * * * * * * * * * * * * * * * * *<br> * C O P Y   O F   O R I G I N A L *<br> * * * * * * * * * * * * * * * * * * * * * * * * | | |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE          **SALES COPY**          PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

| ‖ MAKE CHECK PAYABLE TO ‖ |

| S H I P | ANA DISTRIBUTION, INC. |
| T O | 735 DRAKE ST. |
| | NEW YORK, NY USA 10474 |

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

| I N V O I C E | ANA DISTRIBUTION, INC. |
| T O | 735 DRAKE ST. |
| | NEW YORK, NY USA 10474 |

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/15/05 | 03/18/05 | A56874 | : | AG334G NJ |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | A S A P | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| * * * * * * * | * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * | * * * * * * * * * * * |
| * | 1 1/2 percent interest charged per month on over due accounts | | | * |
| * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | |
| * | The perishable agricultural commodities listed on this invoice | | | * |
| * | are sold subject to the statutory trust authorized by section | | | * |
| * | 5C of the perishable agricultural commodities act, 1930 | | | * |
| * | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | | * |
| * | trust claim on these commodities, all inventories of food or | | | * |
| * | other products derived from these commodities, and any | | | * |
| * | receivable or proceeds from the sale of these commodities | | | * |
| * | until full payment is received. Palletization and cooling | | | * |
| * | charges included in this invoice are an integral part of this | | | * |
| * | sale and are therefore covered by the above provisions. In the | | | * |
| * | event any action or proceeding is commenced to enforce the terms | | | * |
| * | of this transaction, buyer agrees to pay all costs of enforcement, | | | * |
| * | including attorneys' fees and costs, as additional sums owed in | | | * |
| * | connection with this transaction. | | | * |
| * | Terms: NET 10 Days From Invoice | | | * |
| * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | * * * * * * * * * * * |
| 480 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 2.000 | 960.00 |
| 1,344 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 2.000 | 2,688.00 |
| 192 | 18.0 | CTN SLDR CK THOMPSON SDL GRAPES | 2.000 | 384.00 |
| 2,016 | | INVOICE TOTALS | | 4,032.00 |

* * * * * * * * * * * * * * * * * * * * * * * *
* C O P Y   O F   O R I G I N A L *
* * * * * * * * * * * * * * * * * * * * * * * *

| PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE | SALES COPY | PAY THIS AMOUNT |

# Giumarra

P.O. BIN 1969 · BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**SHIP TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

**INVOICE TO**

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

◦ MAKE CHECK PAYABLE TO ◦

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/17/05 | 03/18/05 | A56834 | | |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| DELAWAR | VENEY | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * |
| | | 1 1/2 percent interest charged per month on over due accounts | | * |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * |
| | | The perishable agricultural commodities listed on this invoice | | * |
| | | are sold subject to the statutory trust authorized by section | | * |
| | | 5C of the perishable agricultural commodities act, 1930 | | * |
| | | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | * |
| | | trust claim on these commodities, all inventories of food or | | * |
| | | other products derived from these commodities, and any | | * |
| | | receivable or proceeds from the sale of these commodities | | * |
| | | until full payment is received. Palletization and cooling | | * |
| | | charges included in this invoice are an integral part of this | | * |
| | | sale and are therefore covered by the above provisions. In the | | * |
| | | event any action or proceeding is commenced to enforce the terms | | * |
| | | of this transaction, buyer agrees to pay all costs of enforcement, | | * |
| | | including attorneys' fees and costs, as additional sums owed in | | * |
| | | connection with this transaction. | | * |
| | | * Terms: NET 10 Days From Invoice | | * |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * |
| 864 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 2.000 | 1,728.00 |
| 96 | 18.0 | CTN STDR SAND FLAME SDLS GRAPES | 2.000 | 192.00 |
| 960 | | INVOICE TOTALS | | 1,920.00 |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | | * C O P Y   O F   O R I G I N A L * | | |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * | | |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE    **SALES COPY**    PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**↓ MAKE CHECK PAYABLE TO ↓**

SHIP TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/17/05 | 03/18/05 | A56928 | | AG108J NJ |

| SHIP FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| LAMAR | SAM'S TRUCKING | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * |
| | | 1 1/2 percent interest charged per month on over due accounts | | * |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * |
| | | The perishable agricultural commodities listed on this invoice | | * |
| | | are sold subject to the statutory trust authorized by section | | * |
| | | 5C of the perishable agricultural commodities act, 1930 | | * |
| | | (7 U.S.C 499(E(C)). The seller of these commodities retains a | | * |
| | | trust claim on these commodities, all inventories of food or | | * |
| | | other products derived from these commodities, and any | | * |
| | | receivable or proceeds from the sale of these commodities | | * |
| | | until full payment is received.  Palletization and cooling | | * |
| | | charges included in this invoice are an integral part of this | | * |
| | | sale and are therefore covered by the above provisions.  In the | | * |
| | | event any action or proceeding is commenced to enforce the terms | | * |
| | | of this transaction, buyer agrees to pay all costs of enforcement, | | * |
| | | including attorneys' fees and costs, as additional sums owed in | | * |
| | | connection with this transaction. | | * |
| | | | | * |
| | | Payment Terms: Net 21 Days | | * |
| | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * |
| 97 | 39.6 | CTN STDR CK ROYAL GALA APPLES | 18.00 | 1,746.00 |
| 294 | 39.6 | CTN STDR CK ROYAL GALA APPLES | 18.00 | 5,292.00 |
| 196 | 39.6 | CTN STDR CK ROYAL GALA APPLES | 18.00 | 3,528.00 |
| 64 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 9.00 | 576.00 |
| 320 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 9.00 | 2,880.00 |
| 128 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 9.00 | 1,152.00 |
| | | | | |
| 1,099 | | INVOICE TOTALS | | 15,174.00 |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE          **SALES COPY**          PAY THIS AMOUNT

# Giumarra

P.O. BIN 1969 • BAKERSFIELD, CA 93303
MAIN OFFICE (661) 395-7000
PRODUCE SALES OFFICE (661) 395-7100

**↓ MAKE CHECK PAYABLE TO ↓**

SHIP TO:

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

GIUMARRA INTERNATIONAL MKTNG
P.O. BOX 2407
BAKERSFIELD, CA 93303

INVOICE TO:

ANA DISTRIBUTION, INC.
735 DRAKE ST.
NEW YORK, NY USA 10474

| SHIP TO PO # | BILL TO PO # | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER | ORDER NUMBER | CAR NUMBER OR TRUCK LICENSE NO. |
|---|---|---|---|---|---|---|
| | | 03/23/05 | 03/24/05 | A57021 | | 0305680 PA |

| SHIPPED FROM | ROUTE OR TRUCKING COMPANY | | TERMS | BROKER |
|---|---|---|---|---|
| LAMAR | JARM | | FOB | |

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  1 1/2 percent interest charged per month on over due accounts          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  The perishable agricultural commodities listed on this invoice         *
*  are sold subject to the statutory trust authorized by section          *
*  5C of the perishable agricultural commodities act, 1930                 *
*  (7 U.S.C 499(E(C)). The seller of these commodities retains a          *
*  trust claim on these commodities, all inventories of food or           *
*  other products derived from these commodities, and any                 *
*  receivable or proceeds from the sale of these commodities              *
*  until full payment is received.  Palletization and cooling             *
*  charges included in this invoice are an integral part of this          *
*  sale and are therefore covered by the above provisions.  In the        *
*  event any action or proceeding is commenced to enforce the terms       *
*  of this transaction, buyer agrees to pay all costs of enforcement,     *
*  including attorneys' fees and costs, as additional sums owed in        *
*  connection with this transaction.                                       *
*                                                                          *
*           Payment Terms: Net 21 Days                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| QUANTITY | SIZE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 342 | 39.6 | CTN STDR CK ROYAL GALA APPLES | 12.00 | 4,104.00 |
| 98 | 39.6 | CTN STDR CK ROYAL GALA APPLES | 12.00 | 1,176.00 |
| 512 | 40.0 | WOD VOLF KP SUMMER BARTL PEARS | 9.00 | 4,608.00 |
| 952 | | INVOICE TOTALS | | 9,888.00 |

PLEASE RETURN SECOND COPY WITH YOUR REMITTANCE      **SALES COPY**      PAY THIS AMOUNT