# EXHIBIT A



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:  (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/21/06 | NFRT142332 |

## PAYMENT IN FULL, DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT121425 | 80 | NINOS | | $5.50 | $440.00 | $168.00 | $608.00 |
| NFRT121425 | 912 | CLUSTER BAGS | | $6.50 | $5,928.00 | $3,374.40 | $9,302.40 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

PAY -->
THIS
AMOUNT

$9,910.40

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/21/06 | NFRIT142444 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRIT121875 |  | 80 | NINOS' | $5.50 | $440.00 | $168.00 | $608.00 |
| NFRIT121875 | 912 |  | CLUSTER BAGS | $8.00 | $7,296.00 | $3,374.40 | $10,670.40 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

PAY->
THIS
AMOUNT

**$11,278.40**

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/21/06 | NFRT142445 |

## PAYMENT IN FULL DUE, WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product # | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT121876 | 960 | | CLUSTER BAGS | $8.00 | $7,680.00 | $3,552.00 | $11,232.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST
BRONX, NY 10474

PAY -><br>THIS<br>AMOUNT

**$11,232.00**

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:   (718) 816-5330
Fax : (718) 816-9036

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/22/06 | NFRT142489 |

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT121874 | | 80 | NINOS | $5.50 | $440.00 | $168.00 | $608.00 |
| NFRT121874 | 912 | | CLUSTER BAGS | $8.00 | $7,296.00 | $3,374.40 | $10,670.40 |

ANA DISTRIBUTION INC.
735 DRAKE ST
BRONX, NY 10474

PAY ->
THIS
AMOUNT

$11,278.40

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 1/2/07 | NFRT142565 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT122263 | | 960 | CLUSTER BAGS | $8.00 | $7,680.00 | $3,552.00 | $11,232.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

PAY ->
THIS
AMOUNT

$11,232.00

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



**BONITA Pacific Fruit, Inc**

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/27/06 | NFRT142832 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| | NFRT122259 | 80 | NINOS | $5.50 | $440.00 | $168.00 | $608.00 |
| | NFRT122259 | 912 | CLUSTER BAGS | $8.00 | $7,296.00 | $3,374.40 | $10,670.40 |

ANA DISTRIBUTION INC.
735 DRAKE ST
BRONX, NY 10474

PAY->
THIS
AMOUNT

**$11,278.40**

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA
## Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:   (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER. | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/27/06 | NFRI142833 |

## PAYMENT IN FULL, DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| | NFRI122266 | 960 | CLUSTER BAGS | $8.00 | $7,680.00 | $3,552.00 | $11,232.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST
BRONX, NY 10474

PAY →
THIS
AMOUNT      $11,232.00

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADRESS ABOVE.

FILE COPY



# BONITA
## Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:        (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CAB36A | 12/29/06 | NFRIT142998 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRIT122261 | | 80 | NINOS | $5.50 | $440.00 | $168.00 | $608.00 |
| NFRIT122261 | 912 | | CLUSTER BAGS | $8.00 | $7,296.00 | $3,374.40 | $10,670.40 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

PAY —>
THIS
AMOUNT

| $11,278.40 |
|---|

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/29/06 | NFRT142999 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT122765 | | 960 | CLUSTER BAGS | $8.00 | $7,680.00 | $3,552.00 | $11,232.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

| PAY -> THIS AMOUNT | $11,232.00 |
|---|---|

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

FILE COPY



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 12/29/06 | NFRIT143000 |

## PAYMENT IN FULL DÜE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRIT122267 | | 960 | CLUSTER BAGS | $8.00 | $7,680.00 | $3,552.00 | $11,232.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

PAY –>
THIS
AMOUNT     **$11,232.00**

## FILE COPY



# BONITA
## Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number: (718) 816-9330
Fax : (718) 816-9036

| | CUSTOMER | DATE | INVOICE NO. |
|---|---|---|---|
| | CA036A | 1/8/07 | NFRCT143160 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRCT122584 | 960 | CLUSTER BAGS | | $9.00 | $8,640.00 | $3,552.00 | $12,192.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

| | PAY -> THIS AMOUNT | $12,192.00 |
|---|---|---|

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

**FILE COPY**



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number: (718) 816-9330
Fax : (718) 816-9036

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CAU36A | 1/8/07 | NFRT143161 |

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT12/2584 | | 48 | BONITA NAKEDS | $7.00 | $336.00 | $177.60 | $513.60 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

PAY -> THIS AMOUNT

$513.60

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

## FILE COPY



**BONITA** Pacific Fruit, Inc.

300 Western Ave Staten Island, NY 10303-1123
Phone Number:   (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 1/8/07 | NFRT143240 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT122579 | | 960 | CLUSTER BAGS | $9.00 | $8,640.00 | $3,552.00 | $12,192.00 |

ANA DISTRIBUTION INC.
733 DRAKE ST

BRONX, NY 10474

PAY -->
THIS
AMOUNT

**$12,192.00**

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

**FILE COPY**



# BONITA Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:      (718) 816-9330
Fax :  (718) 816-9036

| CUSTOMER. | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 1/8/07 | NFRT143201 |

## PAYMENT IN FULL DÙE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT122581 | 960 | | CLUSTER BAGS | $9.00 | $8,640.00 | $3,552.00 | $12,192.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST.

BRONX, NY 10474

| PAY -> THIS AMOUNT | $12,192.00 |
|---|---|

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

## FILE COPY



**BONITA** Pacific Fruit, Inc

300 Western Ave Staten Island, NY 10303-1123
Phone Number:    (718) 816-9330
Fax : (718) 816-9036

| CUSTOMER | DATE | INVOICE NO. |
|---|---|---|
| CA036A | 1/11/07 | NFRT143566 |

## PAYMENT IN FULL DUE WITHIN 10 DAYS

| P.O. NUMBER | TRUCK NO. | Boxes | Product # | PRICE | AMOUNT | SERVICE CHARGE | TOTAL BILLED |
|---|---|---|---|---|---|---|---|
| NFRT1292582 | 960 | CLUSTER BAGS | | $9.00 | $8,640.00 | $3,552.00 | $12,192.00 |

ANA DISTRIBUTION INC.
735 DRAKE ST

BRONX, NY 10474

PAY –>
THIS
AMOUNT

**$12,192.00**

MAKE ALL CHECKS
PAYABLE TO
PACIFIC FRUIT
INC. REMIT TO
ADDRESS ABOVE

**FILE COPY**

# EXHIBIT B

## Uniform Conditions Governing Sales

PACIFIC FRUIT INC. (hereinafter called "Pacific Fruit") has established these Uniform Conditions Governing Sales to govern all sales of bananas and other products. The products described on the face hereof ("Products") are sold by Pacific Fruit to the purchaser shown on the face hereof ("Purchaser").

1. All Products are sold by Pacific Fruit and delivered to the Purchaser F.O.B. port of discharge. Title and risk of loss or damage to Products passes to Purchaser upon delivery to the Purchaser's carrier at the terminal.

2. The Loading Ticket specifying the actual number of boxes of Products delivered to the Purchaser shall be final and conclusive upon Purchaser and Pacific Fruit.

3. Purchaser shall pay the invoice price all charges attributable to delay in Purchaser's carrier arrival, at the terminal for pickup of Purchaser's Products, and all freight (including refrigeration charges for holding Products where applicable, demurrage, loading, carting and other similar charges), unless a special arrangement shall be made respecting the payment of such freight and demurrage charges in any given case. The assumption or payment of any charge by Pacific Fruit for the benefit or on behalf of the Purchaser shall not relieve Purchaser of any of the foregoing obligations or affect the passage of title and risk of loss or damage to Products.

4. Payment by Purchaser to Pacific Fruit of invoice and other charges shall, unless otherwise specified on the face hereof, be Net 10 days from the date of delivery of the Products to the Purchaser at the terminal. Pacific Fruit reserves the right to assess a late charge at a rate of interest equal to the rate allowable by law.

5. After delivery of the Products to Purchaser at the terminal the Purchaser shall bear all loss on account of damage to or deterioration of the Products arising from any cause whatsoever.

6. Pacific Fruit agrees to investigate properly every claim made as hereinafter provided and will make prompt and fair adjustment thereof if found meritorious. The Purchaser, however, shall in every instance pay to Pacific Fruit the full amount of invoice without any right of deduction or set off whatsoever, and shall abide by the decision of Pacific Fruit with respect to any claim and accept in full satisfaction thereof any allowance made by Pacific Fruit. No allowance made for whatever cause shall have the effect of impairing or effecting any of the provisions hereof nor shall it constitute any precedent for any claim. In no event shall Pacific Fruit be responsible for any loss of profits or consequential damages.

7. Notice of every claim against Pacific Fruit must be given to Pacific Fruit by telephone (718-816-9330) or in writing by facsimile transmission (718-816-9036) immediately after the arrival at it's destination of the carrier's vehicle containing the Products that are the subject of such claim. In order to allow Pacific Fruit an opportunity to inspect the Products, such notice shall specify the defects complained of, the date of such arrival, and the date the Products will leave the Purchaser's facility. Unless the claim is previously settled in writing by an authorized representative of Pacific Fruit, a formal written claim with supporting loss statement must be sent by Purchaser, within 30 days after the date of the original notice of claim, directly to Pacific Fruit by facsimile transmission at the above number or by mail to 300 Western Ave., Staten Island, New York 10303. Pacific Fruit shall have the right to request reasonable additional supporting documents, including, with limitation, pertinent sales records and verified disposal certificate for any Products delivered hereunder requiring disposal, Purchaser shall make all reasonable efforts to minimize any losses regarding the Products claimed to be defective.

8. Every order given to Pacific Fruit whether by telephone, telegraph, facsimile, in writing or otherwise shall be regarded as being made under and subject to the terms and condition, contained in these Uniform Conditions Governing Sales. Every purchase from Pacific Fruit of Products and every sale thereof by Pacific Fruit shall be upon and subject to the terms and provisions of these Uniform Conditions Governing Sales in every respect unless waived in a writing signed by the President, Vice President or Sales Manager of Pacific Fruit, it being expressly stated and understood that no other employee or representative of Pacific Fruit excepting the President, Vice President or Sales Manager has any authority to make any sale, or contract for sale, of Products except upon and subject to these Uniform Conditions Governing Sales. Failure of Pacific Fruit to insist upon the performance of any provision of these Uniform Conditions Governing Sales or to exercise any right or remedy available to Pacific Fruit pursuant hereto shall not constitute a waiver of any other provisions hereof or of any subsequent right or remedy.

9. Purchaser agree, to pay prejudgment interest, attorneys' fees and other costs incurred by Pacific Fruit in legal action to obtain payment of invoice and other charges. Purchaser agrees that jurisdiction and venue over any such action shall be the jurisdiction and venue of Pacific Fruit's home office.

10. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

11. All of the above is understood to apply to railroad cars, trucks and/or trailer loads of Products whether such vehicles are owned or hired by the Purchaser directly or by Pacific Fruit on behalf of the Purchaser of Products.

PACIFIC FRUIT INC.