**WAESCHE, SHEINBAUM & O'REGAN, P.C.**

111 BROADWAY

NEW YORK, N.Y. 10006-1991

JOHN R. KEOUGH, III
RICHARD W. STONE II
JOHN R. FOSTER

TELEPHONE:   (212) 227-3550
FACSIMILE:   (212) 267-5767
            (212) 233-8477

E-MAIL: waesche@waeschelaw.com

CODY D. CONSTABLE
―――――――
FRANCIS M. O'REGAN
PETER H. GHEE

OF COUNSEL

October 26, 2007

**BY ECF**
Hon. Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

      Re:  *Del Monte Fresh Produce, N.A., Inc., et al.,*
          *v. Ana Distribution, Inc., et al.*
          No. 07 Civ. 1887 (DC) (Consolidated)
          Our File: D240

Dear Judge Chin:

      Pursuant to Your Honor's direction, we respectfully enclose plaintiffs' proposed Final Judgment.

                              Respectfully,

                              /s
                            John R. Keough, III

cc:  **BY FAX (W/OUT ENC.)**
     Mark A. Amendola, Esq.
     Stephen M. Kasper, Esq.
     Bruce Levinson, Esq.
     Steven E. Nurenberg, Esq.
     Carl E. Person, Esq.