John R. Keough, III (JK 6013)
Cody D. Constable (CC 6659)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
Pacific Fruit Inc.
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                   **ECF CASE**
-------------------------------------------------------------------X
DEL MONTE FRESH PRODUCE N.A., INC.,             07 Civ. 1887 (DC)
PACIFIC     FRUIT    INC.;    and    GIUMARRA
INTERNATIONAL MARKETING, INC.                    Consolidated with

                         Plaintiff,             07 Civ. 2555 (DC)
                -against-                        07 Civ. 4665 (DC)

ANA DISTRIBUTION, INC. and SUNG "SAM" G.
KIM,
                         Defendants.
-------------------------------------------------------------------X

### DECLARATION OF CODY D. CONSTABLE

CODY D. CONSTABLE declares as follows:

1.      I am a graduate of Yale University and the Boston University School of
Law, and am an associate at the law firm of Waesche, Sheinbaum & O'Regan, P.C.
("Waesche, Sheinbaum"), counsel for Pacific Fruit Inc. ("Pacific Fruit"), a plaintiff in the
instant action.

2.      I am admitted to practice law in the State of New York, the U.S. District
Court for the Southern District of New York, the U.S. District Court for the Eastern
District of New York, and the U.S. Court of Appeals for the Second Circuit.

3.      Since 2005, I have practiced principally in the area of commercial
litigation in the federal courts.

4.      Waesche, Sheinbaum was retained on January 19, 2007 by Pacific Fruit, which is a perfected PACA trust beneficiary, to pursue claims against the Defendants herein.

5.      Schedule A attached hereto is a true and correct itemization of Pacific Fruit's accrual of interest on each of their unpaid invoices issued to Defendants.  The interest is calculated at the statutory prejudgment interest rate of 9% pursuant to N.Y. C.P.L.R. § 5004.  The total amount of interest accrued up to and including November 1, 2007 is $12,366.45.  (Such prejudgment interest will continue to accrue after November 1, 2007 until the entry of judgment at the rate of $38.56 per day).

6.      Schedule B attached hereto is a true and correct compilation of time expended and costs advanced for the prosecution of Pacific Fruit's PACA trust claim in this case through October 31, 2007.  The totals are $40,480 in fees and $2,868.60 in costs.

7.      Waesche, Sheinbaum's legal services rendered in this case have been billed at the normal rate of $400 per hour for John R. Keough, III, a partner at Waesche, Sheinbaum who has 26 years of experience in federal court litigation, and my normal rate of $200 per hour.  I believe that these rates are consistent with the fees charged by attorneys with comparable experience.

8.      Our legal services rendered in this case were reasonable and necessary in pursuing Pacific Fruit's PACA trust claim and included, among other things, seeking a Temporary Restraining Order and Preliminary Injunction, issuing discovery requests, and conducting investigation and research.

9.      On each of its invoices issued to defendant Ana Distribution, Inc., Pacific Fruit included express language securing Pacific Fruit's right to interest and attorneys' fees which are sums owing in connection with the produce transaction, and which are part and parcel of the underlying PACA trust claim.

10.  This Court has already granted Plaintiffs' Joint Motion for Summary Judgment, awarding all relief requested in the Complaints herein.  Pacific Fruit respectfully requests that the above-referenced amounts for interest, fees and costs be included in the Court's final Judgment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at New York, New York, on October 31, 2007.

/s
CODY D. CONSTABLE

**SCHEDULE A**

**Pacific Fruit Prejudgment Interest Up To and Including November 1, 2007**

From December 21, 2006
  9,910.40
+11,278.40
+11,232.00
  32,420.80    x 330 days/365 days per year @ 9% per year =        2,638.08

From December 22, 2006
 11,278.40    x 329 days/365 days per year @ 9% per year =          914.95

From December 27, 2006
 11,278.40
+11,232.00
-  1,123.60
 21,386.80    x 324 days/365 days per year @ 9 per year =        1,708.60

From December 29, 2006
 11,278.40
+11,232.00
+11,232.00
 33,742.40    x 322 days/365 days per year @ 9% per year =        2,679.06

From January 2, 2007
 11,232.00
-  2,246.40
  8,895.60    x 317 days/365 days per year @ 9% per year =          702.36

From January 8, 2007
 12,192.00
+   513.60
+12,192.00
+12,192.00
-    609.60
 36,480.00    x 311 days/365 days per year @ 9% per year =        2,797.47

From January 11, 2007
 12,192.00    x 308 days/365 days per year @ 9% per year =          925.93

**TOTAL**                                       **$ 12,336.45**

**SCHEDULE B**

**Pacific Fruit's Attorneys' Fees and Costs Up To and Including October 31, 2007**

| Month | Hours | Fees |
|---|---|---|
| January 2007 | 6.3 | $1,880 |
| February 2007 | 21.5 | $5,280 |
| March 2007 | 15.0 | $3,380 |
| April 2007 | 3.7 | $740 |
| May 2007 | 5.4 | $1200 |
| June 2007 | 12.8 | $2,660 |
| July 2007 | 17.2 | $3,500 |
| August 2007 | 31.3 | $6,840 |
| September 2007 | 43.8 | $9,920 |
| October 2007 | 22.6 | $5,080 |
| Total hours and fees: | 179.6 | $40,480 |
| Costs: | | $ 2,868.60 |
| **Total of fees and costs:** | | **$43,348.60** |