EXHIBIT "A"

# Transactions Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|------------------------|-------|-------|-------|

**Matter Description (First Line): ANA Distribution, Inc.**

**Component: T**

| Date | Prof | Narrative | Task Code | Units | Price | Value |
|------|------|-----------|-----------|-------|-------|-------|
| 4/26/2007 | SDF | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>PACER search for cases filed against Ana<br>Distribution. | T | 0.20 | 220.00 | 44.00 |
| 5/25/2007 | SDF | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Edit and proof Complaint; Review Local Rules and<br>New York Rules of Civil Procedure regarding<br>procedural issues. | T | 0.60 | 220.00 | 132.00 |
| 5/29/2007 | SDF | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Finalize review of Complaint; Edit and review Rule<br>7.1 Disclosure Statement, Civil Cover Sheet, and<br>Summonses. | T | 0.50 | 220.00 | 110.00 |
| 5/22/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of correspondence from client<br>with attached invoices. | T | 0.20 | 275.00 | 55.00 |
| 5/23/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Review of client documentation and initial<br>preparation of case. | T | 0.80 | 275.00 | 220.00 |
| 5/24/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Review invoices and balance sheet from client;<br>Preparation of trust chart. | T | 1.20 | 275.00 | 330.00 |
| 5/25/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Review docket reports of two associated cases;<br>Preparation of correspondence to local counsel<br>regarding Complaint. | T | 0.60 | 275.00 | 165.00 |
| 5/25/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Preparation of Civil Action Complaint. | T | 4.80 | 275.00 | 1,320.00 |
| 5/31/2007 | SDF | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Edit and proof Case Status Update. | T | 0.20 | 220.00 | 44.00 |

# Transactions Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/29/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Review and revisions to Complaint; Preparation of<br>7.1 Disclosure Statement; Preparation of Civil Cover<br>Sheet; Preparation of Summonses (X4). | T | 2.90 | 275.00 | 797.50 |
| 5/29/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Preparation of correspondence to local counsel with<br>enclosures. | T | 0.30 | 275.00 | 82.50 |
| 5/29/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Telephone call with local counsel regarding<br>pleadings. | T | 0.20 | 275.00 | 55.00 |
| 5/29/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Research for home addresses of defendants;<br>Preparation of revised Summonses. | T | 0.70 | 275.00 | 192.50 |
| 5/29/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Preparation of revised Civil Cover Sheet. | T | 0.40 | 275.00 | 110.00 |
| 5/30/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Preparation of Case Status Update to client. | T | 0.80 | 275.00 | 220.00 |
| 6/4/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of confirmation of filing from Court<br>and assignment to Magistrate Judge Freeman. | T | 0.20 | 275.00 | 55.00 |
| 6/18/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of correspondence from counsel<br>regarding service of Complaint. | T | 0.20 | 275.00 | 55.00 |
| 6/19/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Preparation of correspondence to counsel regarding<br>service of process. | T | 0.20 | 275.00 | 55.00 |
| 6/19/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Review docket report; Confirmation of service of<br>process and filing; Preparation of Case Status<br>Update to client; Calculation of due date for<br>responsive pleadings. | T | 0.80 | 275.00 | 220.00 |

# Transactions  Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|--------------------|-------|-------|-------|
| 6/28/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Telephone conference with counsel regarding resolution. | T | 0.20 | 275.00 | 55.00 |
| 7/3/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Review docket reports regarding status and details of associated cases; Telephone call to counsel for Del Monte; Telephone call with local counsel regarding Pretrial Conference; Review of potential valid PACA claims and conference with counsel regarding assets. | T | 1.60 | 275.00 | 440.00 |
| 7/6/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Preparation of Case Status Update to client. | T | 0.90 | 275.00 | 247.50 |
| 7/10/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Telephone call with local counsel regarding Pretrial Conference. | T | 0.20 | 275.00 | 55.00 |
| 7/16/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Receipt and review of correspondence from counsel to Judge Crotty regarding consolidation of cases. | T | 0.20 | 275.00 | 55.00 |
| 7/19/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Receipt and review of endorsed letter assigning case to Judge Chin. | T | 0.20 | 275.00 | 55.00 |
| 7/16/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Telephone call with counsel regarding Status Conference; Legal research to confirm identities of principals based upon challenge from Defendant's; Litigation search for Judgments held by ANA. | T | 2.50 | 275.00 | 687.50 |
| 7/25/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Receipt and review of Defendant's Account Receivable Report; Receipt and review of Defendant's Answers to Request to Admit. | T | 0.50 | 275.00 | 137.50 |
| 8/8/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. Receipt and review of correspondence from counsel regarding distribution of assets. | T | 0.20 | 275.00 | 55.00 |

# Transactions  Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 8/8/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone call with co-plaintiff's counsel regarding assets of ANA. | T | 0.30 | 275.00 | 82.50 |
| 8/14/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone conference with Attorney Levinson regarding Proposed Judgment. | T | 0.20 | 275.00 | 55.00 |
| 8/14/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of Proposed Judgment in favor of Del Monte; Telephone conference with Attorney Levinson (2d call) regarding Entry of Judgment. | T | 0.40 | 275.00 | 110.00 |
| 8/17/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Review of settlement proposal and preparation of correspondence to counsel. | T | 0.60 | 275.00 | 165.00 |
| 8/14/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone conference with counsel for Del Monte regarding Proposed Judgment. | T | 0.40 | 275.00 | 110.00 |
| 8/22/2007 | SDF | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Review the docket; Edit and proof copies of Joinder of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. | T | 0.40 | 220.00 | 88.00 |
| 8/24/2007 | LHM | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of transcript from Court hearing; Settlement negotiations; Correspondence with PACA counsel. | T | 1.20 | 350.00 | 420.00 |
| 8/24/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Exchange e-mails and review of Proposed changes to Temporary Restraining Order. | T | 0.40 | 275.00 | 110.00 |
| 8/24/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of Transcript of Temporary Restraining Order Hearing; Receipt and review of Proposed Temporary Restraining Order and telephone call with counsel; Conference with co-plaintiff's regarding Proposed Order. | T | 1.00 | 275.00 | 275.00 |

# Transactions Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 8/23/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone call with counsel regarding Temporary Restraining Order Hearing. | T | 0.30 | 275.00 | 82.50 |
| 8/22/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Preparation of Proposed Order to Consolidate cases; Preparation of correspondence to all counsel with enclosures. | T | 0.90 | 275.00 | 247.50 |
| 8/22/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of correspondence from co-plaintiff counsel regarding Negotiations; Conference call with all plaintiffs and opposing counsel. | T | 1.20 | 275.00 | 330.00 |
| 8/22/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Preparation of correspondence to attorney Bruce Levinson with enclosure. | T | 0.30 | 275.00 | 82.50 |
| 8/21/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone call to client; Preparation of correspondence to all counsel regarding conference. | T | 0.60 | 275.00 | 165.00 |
| 8/21/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone call with attorney Bruce Levinson regarding Hearing. | T | 0.20 | 275.00 | 55.00 |
| 8/21/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone call with co-plaintiff regarding Motion and Settlement Offer. | T | 0.40 | 275.00 | 110.00 |
| 8/21/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Conference call with all counsel; Preparation of Joinder and Certificate of Service; Review Docket reports of associated cases; Preparation of Exhibits to Joinder. | T | 2.20 | 275.00 | 605.00 |
| 8/20/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of correspondence from co-plaintiff counsel regarding Hearing on Temporary Restraining Order; Receipt and review of correspondence from attorney Bruce Levinson; | T | 0.50 | 275.00 | 137.50 |

# Transactions  Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------|----------------|-------|-------|-------|
| | | Preparation of Response. | | | | |
| 8/27/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.40 | 275.00 | 110.00 |
| | | Receipt and review of third draft of Proposed Temporary Restraining Order; Exchange emails with counsel regarding entry of Order. | | | | |
| 8/27/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.20 | 275.00 | 55.00 |
| | | Receipt and review of Notice of Motion and Notice of entry of Temporary Restraining Order. | | | | |
| 8/28/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.40 | 275.00 | 110.00 |
| | | Receipt and review of correspondence from Co-Plaintiff Del Monte; Receipt and review of correspondence from Co-Plaintiff Pacific Fruit; Receipt and review of revised Temporary Restraining Order. | | | | |
| 8/29/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.20 | 275.00 | 55.00 |
| | | Receipt and review of signed Temporary Restraining Order from Court. | | | | |
| 8/30/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 1.40 | 275.00 | 385.00 |
| | | Exchange of emails with counsel regarding settlement; Conference call with counsel to discuss case strategy. | | | | |
| 8/30/2007 | LHM | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.50 | 350.00 | 175.00 |
| | | Settlement negotiations. | | | | |
| 8/29/2007 | LHM | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.40 | 350.00 | 140.00 |
| | | Receipt and review of Temporary Restraining Order and settlement negotiations. | | | | |
| 8/28/2007 | LHM | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.50 | 350.00 | 175.00 |
| | | Correspondence with PACA counsel; Prepare local counsel for hearing. | | | | |
| 8/27/2007 | LHM | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc. | T | 0.50 | 350.00 | 175.00 |
| | | Correspondence with counsel; Receipt and review of Court Order. | | | | |

# Transactions  Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 8/14/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Settlement negotiations. | T | 0.70 | 350.00 | 245.00 |
| 9/5/2007 | SDF | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review correspondences from counsel of<br>record regarding case status; Review the file; Draft<br>and edit Declaration of George Giumarra in Support<br>of Amount Owing; Edit and proof case status<br>update. | T | 2.50 | 220.00 | 550.00 |
| 9/5/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of Proposed Preliminary<br>Injunction Order; Exchange of e-mails with counsel. | T | 0.60 | 275.00 | 165.00 |
| 9/5/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of correspondence from<br>co-plaintiff's counsel regarding Negotiations and<br>Declarations. | T | 0.20 | 275.00 | 55.00 |
| 9/5/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Review and edit Declaration; Preparation of Case<br>Status Update to client. | T | 1.40 | 275.00 | 385.00 |
| 9/6/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Exchange of e-mails regarding Proposed Order;<br>Telephone call with Attorney Levinson; Receipt of<br>signed Declaration from client; Preparation of<br>correspondence to Attorney Levinson. | T | 0.90 | 275.00 | 247.50 |
| 9/7/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of signed Preliminary Injunction<br>Order; Telephone call with Attorney Levinson<br>regarding Hearing. | T | 0.50 | 275.00 | 137.50 |
| 9/14/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of Defendant's Response to<br>Request for Admissions; Receipt and review of<br>revised settlement proposal; Preparation of<br>correspondence to counsel. | T | 0.60 | 275.00 | 165.00 |
| 9/17/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Telephone conference with Co-Plaintiff's counsel; | T | 1.40 | 275.00 | 385.00 |

# Transactions  Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------------|------------------------|-------|-------|-------|
| | | Exchange of e-mails regarding settlement proposal; Conference with all counsel; Receipt of Revised settlement proposal; Second conference with counsel regarding settlement. | | | | |
| 9/19/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of correspondence from opposing counsel regarding extension of time to produce accounting and settlement offer; Exchange of e-mails with Plaintiffs regarding settlement. | T | 0.60 | 275.00 | 165.00 |
| 9/20/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of proposed Order Granting Leave to Amend Complaint; Conference with counsel regarding Amendments; Preparation of correspondence regarding Amendments; Receipt and review of proposed Notice of Motion for Summary Judgment with Memorandum. | T | 1.60 | 275.00 | 440.00 |
| 9/21/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone conference with Co-Plaintiff's counsel regarding proposed resolution; Receipt and review of confirmation of filing Joint Notice of Motion for Summary Judgment; Receipt and review of multiple e-mail regarding revisions to documents and settlement posture. | T | 0.90 | 275.00 | 247.50 |
| 9/24/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of correspondence from Co-Plaintiff's counsel; Exchange of e-mails with all counsel; Telephone conference with Co-Plaintiff's counsel; Receipt and review of correspondence to Judge Chin; Receipt and review of correspondence to opposing counsel. | T | 1.20 | 275.00 | 330.00 |
| 9/25/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Receipt and review of correspondence from Co-Plaintiff's counsel regarding payment terms; Exchange of e-mails with all counsel regarding settlement. | T | 0.60 | 275.00 | 165.00 |
| 9/26/2007 | SEN | Giumarra-3226 / Giumarra International Marketing ANA Distribution, Inc.<br>Telephone conference with Attorney Levinson regarding settlement. | T | 0.20 | 275.00 | 55.00 |

# Transactions Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|------------------------|-------|-------|-------|
| 9/27/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Settlement negotiations. | T | 0.30 | 350.00 | 105.00 |
| 9/24/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Settlement strategy. | T | 0.30 | 350.00 | 105.00 |
| 9/21/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Settlement negotiations; Telephone conference with<br>George regarding authorization to accept or reject<br>negotiated settlement; Correspondence with PACA<br>attorneys; Receipt and review of documents. | T | 1.20 | 350.00 | 420.00 |
| 9/17/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Continued settlement negotiations with attorneys for<br>Ana and other PACA attorneys. | T | 0.30 | 350.00 | 105.00 |
| 9/13/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Settlement negotiations; Receipt and review of Court<br>pleadings. | T | 0.40 | 350.00 | 140.00 |
| 9/11/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Telephone conference with attorneys for banana<br>companies regarding their position on settlement;<br>Telephone conference with attorneys for Ana;<br>Receipt and review of Court pleadings. | T | 0.50 | 350.00 | 175.00 |
| 9/6/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Correspondence with attorneys regarding preparation<br>for Court hearing. | T | 0.20 | 350.00 | 70.00 |
| 10/11/2007 | SDF | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of Motion for Leave to Withdraw<br>as Counsel of Record. | T | 0.20 | 220.00 | 44.00 |
| 10/3/2007 | LHM | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Telephone conference with George Giumarra<br>regarding settlement negotiations; Correspondence<br>with other attorneys. | T | 0.30 | 350.00 | 105.00 |
| 10/1/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc.<br>Receipt and review of correspondence from counsel | T | 0.20 | 275.00 | 55.00 |

# Transactions  Listing

Matter id='giumarra-3226' and component='t'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| | | regarding negotiations. | | | | |
| 10/11/2007 | SEN | Giumarra-3226 / Giumarra International Marketing<br>ANA Distribution, Inc. | T | 0.60 | 275.00 | 165.00 |
| | | Receipt and review of correspondence from<br>Co-Plaintiff to Judge Chin; Exchange of e-mails with<br>counsel regarding settlement; Receipt and review of<br>Motion by Defendant's counsel to withdraw. | | | | |
| | | Component: T | | 56.70 | | 15,887.00 |
| | | Matter Description (First Line): ANA Distribution, Inc. | | 56.70 | | 15,887.00 |
| | | Grand Total | | 56.70 | | 15,887.00 |