EXHIBIT "B"

10/25/2007 13:39 IFAX reception@meurslawfirm.com -> Fax Howard 002/007
Case 1:07-cv-04665-DC   Document 20-3   Filed 11/13/2007   Page 2 of 7
10/25/2007  13:19   2127502536   BRUCE LEVINSON   PAGE 02/07

10/25/2007  
1:20 PM

Law Offices of Bruce Levinson  
Pre-bill Worksheet

Page  2

| | |
|---|---|
| Nickname | Meu.Giumara/Ana | 1092 |
| Full Name | Meuers Law Firm, P.L. |
| Address | Attention: Cynthia |
| | 5395 Park Central Court |
| | Naples, FL 34109 |
| Phone 1 | (941) 513-9191 |
| Phone 2 | (941) 513-9677 fax |
| Phone 3 | |
| Phone 4 | |
| In Ref To | Giumarra/Ana |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Markup/Discount | 10.00% |
| Last bill | |
| Last charge | 10/24/2007 |
| Last payment | Amount  $0.00 |

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/30/2007<br>55901 | Levinson<br>Review<br>Review court papers; telephone Steve Nuremberg re background of case; with Greg Brown re commencing lawsuit | 275.00 | 0.50 | 137.50 | Billable |
| 5/31/2007<br>55945 | Brown<br>Prepare<br>Prepare summons and complaint for filing with Court. | 225.00 | 0.50 | 112.50 | Billable |
| 6/6/2007<br>56079 | Brown<br>Draft<br>Prepare supporting documents to forwarding to ECF clerk for filing.<br>Prepare pleadings for service. | 225.00 | 0.75 | 168.75 | Billable |
| 6/18/2007<br>56339 | Levinson<br>Review<br>Review affidavits of service; corres client re status | 275.00 | 0.25 | 68.75 | Billable |
| 6/18/2007<br>56343 | Brown<br>File<br>Prepare affidavits of service for eFiling and eFile. | 225.00 | 0.25 | 56.25 | Billable |
| 6/20/2007<br>56407 | Levinson<br>Review<br>Review defendants' answer and court filings | 275.00 | 0.25 | 68.75 | Billable |
| 6/22/2007<br>56461 | Levinson<br>Telephone<br>Telephone Steve N. re case strategy and credit information of defendants | 275.00 | 0.25 | 68.75 | Billable |
| 6/25/2007<br>56487 | Levinson<br>Telephone<br>Telephone Carl Person re settlement | 275.00 | 0.25 | 68.75 | Billable |
| 6/28/2007<br>56548 | Levinson<br>Telephone<br>Telephone Carl Person and Steve N. re assets and settlement | 275.00 | 0.25 | 68.75 | Billable |

10/25/2007  Law Offices of Bruce Levinson
1:20 PM  Pre-bill Worksheet  Page 3

Meu.Giumara/Ana:Meuers Law Firm, P.L. (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/5/2007 56682 | Levinson Telephone Telephone Steve N. re attendance at upcoming hearing | 275.00 | 0.25 | 68.75 | Billable |
| 7/5/2007 56684 | Brown Research Research status and time of conference in cases by other plaintiffs against defendant. | 225.00 | 0.25 | 56.25 | Billable |
| 7/16/2007 56871 | Levinson In Court In Court --conference with all counsel | 275.00 | 1.75 | 481.25 | Billable |
| 7/16/2007 56872 | Levinson Correspondence Correspondence Judge Crotty and Judge Chin; telephone Steve Nurenberg re conference | 275.00 | 0.25 | 68.75 | Billable |
| 8/9/2007 57412 | Levinson Review Review corres; corres all counsel | 275.00 | 0.25 | 68.75 | Billable |
| 8/13/2007 57462 | Levinson Telephone Telephone Mark Amendola re application to court and sale issues | 275.00 | 0.25 | 68.75 | Billable |
| 8/14/2007 57494 | Levinson Review Review draft order for judgment; telephone Steve Nurenberg re order | 275.00 | 0.25 | 68.75 | Billable |
| 8/21/2007 57627 | Levinson Telephone Telephone Steve N re hearing and settlement; prepare for hearing | 275.00 | 0.25 | 68.75 | Billable |
| 8/21/2007 57644 | Levinson Conference Conference call with all counsel re litigation strategy and settlement | 275.00 | 0.50 | 137.50 | Billable |
| 8/21/2007 57646 | Brown Research Research Fagos, LLC and 735 Drake Street. | 225.00 | 0.25 | 56.25 | Billable |
| 8/22/2007 57666 | Levinson Conference Conference call with all counsel re settlement; telephone Steve N. re settlement | 275.00 | 1.00 | 275.00 | Billable |
| 8/22/2007 57671 | Brown File Prepare joinder of motion for filing and eFile. Prepare notice of appearance and eFile. Correspond with client. | 225.00 | 0.75 | 168.75 | Billable |

10/25/2007 13:30 IFAX reception@meurslawfirm.com → Fax Foward ☐ 004/007
10/25/2007 13:19   2127502536              BRUCE LEVINSON                          PAGE 04/07

Case 1:07-cv-04665-DC   Document 20-3   Filed 11/13/2007   Page 4 of 7

10/25/2007                     Law Offices of Bruce Levinson
1:20 PM                             Pre-bill Worksheet                                Page      4

Meu.Giumara/Ana:Meuers Law Firm, P.L. (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/23/2007<br>57676 | Levinson<br>In Court<br>In Court --for TRO; telephone Steve N. re status | 275.00 | 2.50 | 687.50 | Billable |
| 8/24/2007<br>57725 | Levinson<br>Review<br>Review transcript and draft TRO | 275.00 | 0.25 | 68.75 | Billable |
| 8/27/2007<br>57734 | Brown<br>Telephone<br>Speak with client re: receipt of endorsed order. | 225.00 | 0.25 | 56.25 | Billable |
| 8/30/2007<br>57778 | Brown<br>Telephone<br>Telephone client to discuss email re: revised settlement offer. | 225.00 | 0.25 | 56.25 | Billable |
| 8/30/2007<br>57784 | Brown<br>Conference<br>Conference call with plaintiffs' counsel re: strategy in opposition to revised settlement offer. | 225.00 | 1.00 | 225.00 | Billable |
| 8/31/2007<br>57798 | Levinson<br>Review<br>Review corres and court documents | 275.00 | 0.25 | 68.75 | Billable |
| 9/5/2007<br>57898 | Levinson<br>Prepare<br>Prepare for hearing; review and revise proposed preliminary injunction order | 275.00 | 1.00 | 275.00 | Billable |
| 9/6/2007<br>57905 | Levinson<br>Prepare<br>Prepare for hearing; review corres; corres all counsel; telephone Steve N re hearing and settlement | 275.00 | 0.25 | 68.75 | Billable |
| 9/6/2007<br>57910 | Levinson<br>Review<br>Review client declaration; corres Steve N.; review revised draft preliminary injuction order | 275.00 | 0.25 | 68.75 | Billable |
| 9/6/2007<br>57915 | Brown<br>File<br>eFile Declaration for George Giumarra. | 225.00 | 0.25 | 56.25 | Billable |
| 9/7/2007<br>57937 | Levinson<br>In Court<br>In Court --for preliminary injunction hearing. | 275.00 | 3.00 | 825.00 | Billable |
| 9/7/2007<br>57949 | Levinson<br>Telephone<br>Telephone Steve N. re court appearance | 275.00 | 0.25 | 68.75 | Billable |

10/25/2007  Law Offices of Bruce Levinson
1:20 PM     Pre-bill Worksheet                                    Page    5

Meu.Giumara/Ana:Meuers Law Firm, P.L. (continued)

| Date / ID | Attorney / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 9/17/2007 58049 | Levinson Review Review corres; corres Steve Nurenberg | 275.00 | 0.25 | 68.75 | Billable |
| 9/19/2007 58109 | Levinson Review Review corres; corres co-counsel | 275.00 | 0.25 | 68.75 | Billable |
| 9/20/2007 58143 | Levinson Review Review corres; corres all counsel; review draft order | 275.00 | 0.25 | 68.75 | Billable |
| 9/21/2007 58147 | Levinson Review Review draft motion; corres all counsel; telephone Cody Constable re settlement | 275.00 | 0.50 | 137.50 | Billable |
| 9/26/2007 58198 | Levinson Review Review corres; telphone Steve N. re status of settlement talks | 275.00 | 0.25 | 68.75 | Billable |
| 10/11/2007 58459 | Levinson Review Review motion to be relieved | 275.00 | 0.25 | 68.75 | Billable |
| 10/18/2007 58644 | Levinson Telephone Telephone Steve Nurenberg re upcoming court appearance | 275.00 | 0.25 | 68.75 | Billable |
| 10/19/2007 58664 | Levinson In Court In Court -- hearing on all matters; prepare for hearing | 275.00 | 2.00 | 550.00 | Billable |
| 10/19/2007 58668 | Brown Research Research pending litigation involving Kims and ANA. | 225.00 | 0.25 | 56.25 | Billable |
| 10/19/2007 58686 | Levinson Telephone Telephone Steve N. re status | 275.00 | 0.25 | 68.75 | Billable |
| 10/22/2007 58691 | Levinson Review Review transcript | 275.00 | 0.25 | 68.75 | Billable |
| 10/24/2007 58746 | Levinson Telephone Telephone Steve Nurenberg re legal fee claim and Friday conference; review draft judgment | 275.00 | 0.25 | 68.75 | Billable |

10/25/2007     Law Offices of Bruce Levinson                
1:20 PM              Pre-bill Worksheet                Page     6

Meu.Giumara/Ana:Meuers Law Firm, P.L. (continued)

|  |  |  | Amount | Total |
|---|---|---|---|---|
| TOTAL | Billable Fees |  | 23.75 | $6,293.75 |

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 5/31/2007<br>55965 | Brown<br>Filing Fee<br>Filing Fee for commencing action. | 350.00 | 1.000 | 350.00 | Billable |
| 6/4/2007<br>56023 | Levinson<br>Fax<br>Facsimile | 0.75 | 14.000 | 10.50 | Billable |
| 6/6/2007<br>56099 | Levinson<br>Photocopying<br>Photocopying | 0.17 | 507.000 | 86.19 | Billable |
| 6/6/2007<br>56100 | Levinson<br>Postage<br>Postage | 1.99 | 1.000 | 1.99 | Billable |
| 6/21/2007<br>56437 | Brown<br>Fedex<br>Federal Express | 23.49 | 1.000 | 23.49 | Billable |
| 7/3/2007<br>56641 | Levinson<br>United Law Svc<br>United Lawyers Service | 7.00 | 1.000 | 7.00 | Billable |
| 7/16/2007<br>56893 | Brown<br>Process Server<br>Process Server Fee | 37.00 | 2.000 | 74.00 | Billable |
| 7/16/2007<br>56894 | Brown<br>Process Server<br>Process Server Fee | 42.00 | 2.000 | 84.00 | Billable |
| 7/27/2007<br>57137 | Brown<br>Postage<br>Postage | 0.41 | 1.000 | 0.41 | Billable |
| 7/31/2007<br>57237 | Levinson<br>PACER<br>PACER Search | 0.08 | 1.000 | 0.08 | Billable |
| 8/3/2007<br>57492 | Levinson<br>Postage<br>Postage | 0.41 | 1.000 | 0.41 | Billable |

10/25/2007  
1:20 PM

Law Offices of Bruce Levinson  
Pre-bill Worksheet

Page 7

Meu.Giumara/Ana:Meuers Law Firm, P.L. (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/23/2007<br>57679 | Levinson<br>Transportation<br>Transportation | 4.00 | 1.000 | 4.00 | Billable |
| 8/31/2007<br>57799 | Levinson<br>Transcript<br>Transcription Fee | 76.60 | 1.000 | 76.60 | Billable |
| 10/19/2007<br>58667 | Levinson<br>Transportation<br>Transportation | 4.00 | 1.000 | 4.00 | Billable |
| 10/24/2007<br>58751 | Levinson<br>Transcript<br>Transcription Fee | 48.00 | 1.000 | 48.00 | Billable |

| TOTAL | Billable Costs | | | | $770.67 |

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $6,293.75 | $6,293.75 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $770.67 | $770.67 |
| Total new charges | | $7,064.42 |
| New Balance<br>Current | $7,064.42 | |
| Total New Balance | | $7,064.42 |